*Joe Hill Williams,* for Appellants.
*Knight & Knight,* for Appellee.

Hitiwell Johnson, Plaintiff in Error, v. State of Florida, Defendant in Error.

*P. B. Edwards,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State

Tampa Gas Company, a Corporation, Plaintiff in Error, v. William Charles Ballard, Etc., Defendant in Error.

*Sutton, Tillman & Reeves,* for Plaintiff in Error.
*Worth, Bivens & Lively,* for Defendant in Error.

John H. Flood, Appellant, v. George E. Deitz, *et al.,* Appellees.

*George W. Wylie, A. J. Maurer* and *F. J. Mack,* for the Motion.

State of Florida, *ex rel.* J. R. Mayo, *et al.,* Relators, v. The State Road Department of the State of Florida, Respondent.

912.

*Marion B. Knight, Philip D. Beall, Waller & Meginniss,*
for Relators.
*Fred H. Kent,* for Respondent.

Lenore Cross, Appellant, v. Thurley C. Cross, Appellee.

*W. B. Dickenson,* for the Motion.

Lucile Colclough Cairns, individually and as Administra-
trix of the Estate of Olive C. Colclough, deceased, Ap-
pellant, v. D. W. Turner, *et al.,* Appellees.

*J. C. Adkins* and *W. E. Arnow,* for Appellant.
*Baxter & Clayton,* for Appellees.

W. J. Simpson, *et al.,* Appellants, v. M. G. McNair, as Re-
ceiver, Etc., Appellee.

*J. J. Canon,* for Appellants.
*Julian C. Calhoun,* for Appellee.

Henry C. Cross, Plaintiff in Error, v. Carter Armstrong,
Defendant in Error.